**RECEIVED**

APR 18 2024

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

FILED
RICHARD W. NAGEL

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT, OHIO**
**85 Marconi Blvd #121, Columbus, OH 43215**

JUDGE  WATSON

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
DIV. COLUMBUS

**SUMMONS AND COMPLAINT**

MAGISTRATE JUDGE  DEAVERS

Tasha Chapman, Pro Se Plaintiff
1539 Republic Ave.
Columbus OH, 43211

    Plaintiff, pro se,

v.

Ohio Attorney General, Attorney Dave Yost
(PROFESSIONAL AND PERSONAL CAPACITY)
30 East Broad Street, 14th Floor
Columbus OH, 43215

    Defendant.

**2:24 CV 1865**

**Case No. _____**

         Respectfully Submitted,

     /s/ *Tasha Chapman*, Pro se

        Tasha Chapman
    1539 Republic Ave. Col. OH, 43211
     TashaChapman100@gmail.com
        614-967-7009

1

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT, OHIO
### 85 Marconi Blvd #121, Columbus, OH 43215

Tasha Chapman, Pro Se Plaintiff
1539 Republic Ave.
Columbus OH, 43211

        Plaintiff, pro se,

                                    **Case No.** _____

v.

Attorney General Dave Yost
(PROFESSIONAL AND PERSONAL CAPACITY)
30 East Broad Street, 14th Floor
Columbus OH, 43215

        Defendant.

### PART I
### ACTION

1.    Plaintiff Tasha Chapman bring this suit in equity and action at law for monetary damages, compensatory, equitable and injunctive reliefs and including for punitive damages, court cost, expenses and Attorney fees against the Ohio Attorney General Dave Yost willful and egregious violating the **Fair Debt Collection Practices Act** (hereafter "FDCPA"; Public Law 111-203, Title X, 124 Stat. 2092 (2010)) and **Title 42 U.S.C. 1983, 1985 and 1986 Conspiracy to Deprive Plaintiff of Federal Rights and Protections under color of Titles ("Attorney General" and "Clerk of the Courts") and state laws**, specifically, "Revised Code 131.02" and the unsigned "H.B. 291" which allows impersonations of civil servants in public offices in Franklin County and the Franklin County Courts unconstitutionally and unlawfully.

### PART II
### JURISDICTION (28 U.S.C. § 1331)

2.    Plaintiff is a resident of Franklin County Ohio, U.S. Southern District of Ohio. A PREDOMINATELY "AFRICAN AMERICAN" area of Ohio.

3.     Defendant Attorney General Dave Yost, who is being sued in his professional and personal capacity, has offices that are located at 30 East Broad Street, 14th Floor Columbus, Ohio 43215 (Franklin County).

### PART III

### JURY TRIAL

4.     Plaintiff reserves the right to request a jury trial.

### PART IV

### COMPLAINT

5.     The Franklin County Courts of Common Pleas **are not courts of competent jurisdictions**.

6.     Franklin County Courts of Common Plea is in violation of the **United States Constitution et. al,** including **Article III of the U.S.C.** for the existence of **inferior federal courts** *only* in America and the **Judiciary Act of 1879** in that Franklin County Courts of Common Plea, the Tenth District Court of Appeals, even the Supreme Court for the state of Ohio and making up Ohio's *Judicial Branch* are also apparently operated by the Executive Branch including from the Offices of the Ohio Attorney General Dave Yost. The Franklin County Courts are in violation of **Article 4, Section 4**, **Guarantee Clause of the U.S.C.** for a "***Republican Form of Government***" as all their judges remain on the bench after and during bad behavior.

7.     Since February 3, 2023 all of the Franklin County Court of Common Pleas civil servant offices have been *lawfully vacant;* including for the Treasurer's Office, the Auditor's Office, the Commissioners Offices, **the Offices of the Clerk of the Courts** and **for the Prosecuting Attorney's Office** and these public offices are currently hijacked by civil servant impersonators after each elected official holding the office conspired to breach their statutorily required Surety

3

Bond Contracts and Oaths of Offices required for the office, before entering upon the duties of any of these office and for the tenure in office. This conduct is in violation to **Article I, Section 10, Clause 1 of the U.S.C. "Contract Clause", the Coinage Act of 1792 Sections 4 and 5, Title 31 U.S.C. Ch. 93 "Surety Bond Contracts"** *(eligible obligations in lieu of)*, **Title 5 U.S.C. 3331 "Oath of Office(s)", Ohio Constitution, Article XV, Section 7, the U.S.C. Article 1, Section 8, R.C. 2713.03, R.C. 309.03, 309.11, 325.12 (D), R.C. 2303.02, R.C. 1907.209(A),(E)(1), (F)(1),(F)(2), 3929.14, 3929.17, 311.02 and 325.071. Title 18 U.S. Code § 912, Title 25 CFR § 11.432,** and state law **R.C. Title 29 sect. 2913.44, R.C. 1907.20(A), R.C. 1907.20(E)(1), R.C. 1907.20(F)(1), R.C. 1907.20(F)(2), R.C.3929.14, R.C. 3929.17, R.C. 3929.14, R.C. 3.07, R.C. 3.30 and** *the 1965 Op. of the Atty. Gen. No 65-087 and Standard 3-2.1 (a) and (b) for the Prosecution Authority to be vested in… Public-Official Attorneys whose "primary…functions and duties [is] the prosecution is to seek justice within the bounds of the law".*

8.    I believe the Franklin County Courts of Common Pleas are also currently violating **28 U.S. Code § 1691 - Seal and teste of process** [1] and **18 U.S. Code 1717 (a) and (b) "Letters and Writings as Nonmailable"** [2]**.**

---

[1] **28 U.S. Code § 1691 - Seal and teste of process**, "All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof". The current clerk in the Franklin County Court of Common Pleas is currently the REBEL Maryellen O'Shaughnessy who refused to accept office and who vacated the offices on February 3, 2023 and is just in office without federal limitations in the law.

[2] **18 U.S. Code § 1717 - Letters and writings as Nonmailable** "(a) Every letter, writing, circular, postal card, picture, print, engraving, photograph, newspaper, pamphlet, book, or other publication, matter or thing, in violation of sections … of this title or which *contains any matter advocating or urging treason, insurrection, or forcible resistance to any law of the United States is nonmailable* and shall not be conveyed in the mails or delivered from any post office or by any letter carrier. (b) Whoever uses or attempts to use the mails or Postal Service for the transmission of any matter declared by this section to be nonmailable, shall be **fined under this title or imprisoned not more than ten years or both.**"

4

9.       Franklin County Courts of Common Plea is also currently in violation of **Ohio Constitution Article 1 Bill of Rights, ALL OF IT** and **Article II Section 38 for Impeachments** and so **Article IV, Section 4 of the U.S.C. for the promise and guarantee for each state in the Union to provide a** *Republican form of Government* obviously as all the Franklin County Court of Common Pleas Criminal Court judges can continue to use the vacant prosecuting attorney's office to prosecute **U.S. Citizens considered "African American"** (such as Plaintiff) without the **14TH AMENDMENT to the U.S.C. EQUAL PROTECTION UNDER THE LAW AND** *FAIR* **DUE PROCESS OF LAW** resulting in slavery and according to the Supreme Court for the State of Ohio the judges may do this with *immunity* (Case No. 24-AP-024).

10.      So for all of these reasons and for the purposes of this Complaint, Franklin County Courts of Common Pleas is *NOT* a **"court of competent jurisdiction"** but currently an *organized crime operation* engaging in unconstitutionally felony convictions of the Natives (those considered "African Americans", descendants of Freed Slaves and Indians) otherwise also U.S. Citizens in a conspiracy to deprive of federal rights and protections for the purposes of free labor and re-enslaving and in violation of the **13th Amendment to the U.S.C.** and whose action include HIGH CRIMES such as Kidnap and Trafficking in Persons and so in violation to the RICO ACT and **Title 18 U.S.C. § 241 and Title 18 U.S.C. § 242.**

11.      The Franklin County Court is currently engaged in the deprivation of my federal constitutional rights to my **property;** that was **case No. "23CV005043"** from <u>Tasha Chapman v. *Maryellen O'Shaughnessy et. al.*</u>, in the Franklin County Court as reference in the Ohio Attorney General's March and April 2024 collections letters mailed to me after I sought to recover damages for my car that was stolen from me from one of the *vacant* public offices or

vacant civil servant offices currently hijacked by insurrectionist **Maryellen O'Shaughnessy** and her rebel squad[3] - specifically at the auto title office, for Franklin County which also became vacant after February 3, 2023 ($15,500.00 FMV). Now Maryellen O'Shaughnessy and her rebels are operating public offices - the auto title office **while opposing federal laws and my federal constitutional rights and protections to my property.** Then when I brought a claim, where Maryellen O'Shaughnessy is impersonating the Clerk of Courts, I was denied redress again, while she and others from the same Municipality, ("FRANKLIN COUNTY CLERK OF COURTS") such as the Prosecuting Attorney - who office is also legally vacant, Defrauded the Court all in a continued conspiracy to deprive me of my federal rights and protections under color of title and state laws and in furtherance of felony offenses against me and the general public. Then for the fraud FRANKLIN COUNTY CLERK OF COURTS is and for violating all my federal constitutional rights and protections I was charged a fee $151.72 on an "Account No.: 21570189" for alleged "UNPAID CIVIL COURT COSTS" when it should more correctly state for **the deprivation of all my federal constitutional Bill of Rights by the state** and its insurrection municipality and political subdivision (admittedly see R.C. 2744.01(i)) that is Columbus Franklin County in place and as part of a continued conspiracy to deprive me (us, the Natives, Indians and "African Americans") U.S. Citizens living in Ohio of my (our) federal rights and protections ***under color of title and state laws***, specifically now *"Revised Code 131.02"* "for the state" and for ***"the administration of law"***. *"Law" where?* The Franklin County Clerk and its civil servant impersonators (including all of its judges) have become obvious organized crime in violation of the RICO ACTS.

---

[3] **Title 18 U.S. Code § 2383 - Rebellion or insurrection** "Whoever incites, sets on foot, assists, *or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto*, **shall be fined under this title or imprisoned not more than ten years, or both;** and shall be incapable of holding any office under the United States".

12.    For all these reasons the Ohio Attorney General Dave Yost's March and April 2024 collection letters for "THE FRANKLIN COUNTY CLERK OF COURTS" are actually felony offenses for other reasons, the collection letters are violative of **Title 18 U.S. Code 1717 (a) and (b) "Letter and Writings - NONMAILABLE"** (see footnote no. 2) and should have never arrived through the federal postal services.

13.    Moreover, Plaintiff never gave the Office of the Ohio Attorney General Dave Yost permission to contact me with respect to this **FRAUD** and continued **conspiracy to deprive me of ALL my federal rights and protections**. I do not acknowledge owing one penny to "THE FRANKLIN COUNTY CLERK OF COURT" or its Courts. In fact the entire municipality and its officers including Maryellen O'Shaughnessy, now Dave Yost KNOW they are indebted to Plaintiff with their lives right now and monetarily and have been dodging redress because truly there is no redress against the Municipality *by the municipality*.

14.    This is all a known *conspiracy* to deprive of federal rights and protections known to the Ohio Attorney General and so you see the letters refusing to validate the creditor ("THE FRANKLIN COUNTY CLERK OF COURTS"). And when I called Dave Yost's office to demand they do validate the debt and creditor or stop, I recorded his office conspiring, willfully refusing to divulge who the alleged creditor, "THE FRANKLIN COUNTY CLERK OF COURTS" is then the April 2024 collection letter arrived in violation to **15 U.S.C. 1692d § 805 and §806** of the **FDCPA** for *"Communications"* and validation. The collection letters contain *"False and Misleading Representation"* that is violative of **15 U.S.C. 1692f, § 807** of the **FDCPA**.

7

15. For all these reasons the collection letters are ***unfair practices*** against U.S. Citizens, Plaintiff, and is ***abusive and unconscionable*** for the Executive Branch of Ohio, Attorney Dave Yost to be involved in and violates **15 U.S.C. 1692 "e" and "f", § 806 and § 808** of the **FDCPA.**

16. And while the executive branch of government, Dave Yost engages in acts of treason I have been denied all federal rights and protections by Franklin County, "Franklin County Clerk of Courts" and it courts and just about ***re-enslaved*** in violation to the **13th Amendment to the U.S.C.**, with no redress specifically from this branch of government who, also pursuant to the **U.S.C.,** is actually tasked with protecting citizens against invasions of this sort, and this branch claims to have nothing to do with the municipality and its political subdivision (R.C. 2744.01(i)) yet this money is for **"the state"** and I am tired of the lies; all of this is violative of the U.S.C. et. al.

17. Pursuant to **15 USC 1692l, § 813** Civil liability of $1,000.00 for a violation of the FDCPA and Jurisdiction to the U.S. District Court to enforce Plaintiff's right because in the continuation of the conspiracy to deprive of rights Plaintiff has received no compliance with remedy or payment on my claim as requested by a March 2024 Demand Letters to pay damages to Plaintiff in the amount of $2,000.00 for the two illegal collection letters violative of the **FDCPA**. And further no compliance to pay over to the Plaintiff the entirety of Dave Yost's Surety Bond $1,000,000.00 **(cash or real property)** for PERJURY when willfully failing to uphold the U.S.C. as promised causing damages and injury to me in the form of court cost and expenses, mental anguish and emotional distress.

## PART V
## WHEREFORE & PRAYER CLAUSE

18. Plaintiff seeks injunctive relief against Defendant Attorney General Dave Yost; for an Order from the U.S. District Court for the Southern District Ohio compelling compliance of the

FDCPA for his and his office's two egregious violations of the FDCPA against Plaintiff in the amount of $2,000.00.

19.    Plaintiff seeks injunctive relief  against the Defendant Attorney General Dave Yost,  for an Order from the U.S. District Court for the Southern District Ohio compelling performance of the Surety Bond Contract via payment of $2,500,000.00 cash or real property to the damaged party, Plaintiff Tasha Chapman for perjury against surety and principal for breach.

20.    Plaintiff further seeks an Order from the U.S. District Court for the Southern District Ohio against Defendant Attorney General Dave Yost awarding Plaintiff $5,000,000.00 in compensatory, pecuniary and non-pecuniary damages, and punitive damages for the wrong and the mental anguish and emotional distress caused to me thereby the conduct and as vindication of the Plaintiff's federal rights and protections and for future deterrence.

21.    Lastly, Plaintiff seeks an Order against Defendant Attorney General Dave Yost awarding Court cost and expenses and any and all other just relief the U.S. District Court for the Southern District, Ohio deems just and fair to the Plaintiff.

Respectfully Submitted,

/s/ *Tasha Chapman*, Pro se

Tasha Chapman
1539 Republic Ave. Col. OH, 43211
TashaChapman100@gmail.com 614-967-7009

9